Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 15, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-01175-CV

____________

 

SHANNON ISELT, Appellant

 

V.

 

MELISSA ISELT, Appellee

 



 

On Appeal from the 310th District Court

Harris County, Texas

Trial Court Cause No. 2009-51053

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 15, 2010.  On March 8, 2011, appellant
filed a motion to dismiss because he no longer desires to prosecute the
appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce, and Jamison.